UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
P.O. BOX 25670
RALEIGH, NC 27611

2005 SEP -6 P 3:01

U.S. ... COURT

SEPTEMBER 1, 2005

CLERK, U.S. DISTRICT COURT
141 Church Street
New Haven, CT. 06510

RE: U.S.A vs. Leo Desrosiers
#4:98-CR-12-1H

DEAR SIR:

Enclosed are certified copies of the following documents in the above referenced case that are being sent to your district for disposition pursuant to 18:3605 - transfer of jurisdiction: Middle District of North Carolina (Greensboro).

1. Indictment
2. Memorandum of Plea Agreement
3. Judgment and Commitment
4. Docket Sheet
5. Transfer of Jurisdiction Form

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Sincerely,

Fred L. Borch III, Clerk

DEPUTY CLERK

jhh

Enclosures

c: U.S. Probation Office
   U.S. Attorney's Office
   The Honorable Malcolm J. Howard