LRM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:98CR12-1H(3)

FILED
MAY 7 1998
DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E. DIST. NO. CAR

UNITED STATES OF AMERICA )
)
v. ) I N D I C T M E N T
)
LEO ALFRED DESROSIERS )
_____)

The Grand Jury charges that:

COUNT ONE

In or about July 1989, in the Eastern District of North Carolina, at Marine Corps Air Station, Cherry Point, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the defendant, LEO ALFRED DESROSIERS, did knowingly engage in a sexual act, to wit, contact between the penis and the vulva and the penetration of the genital opening by fingers with the intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person, in violation of Title 18, United States Code, Section 2241 (1986).

COUNT TWO

In or about July 1989, in the Eastern District of North Carolina, at Marine Corps Air Station, Cherry Point, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the defendant, LEO ALFRED

DESROSIERS, did knowingly engage in a sexual act, to wit, contact between the penis and the vulva and the penetration of the genital opening by fingers with the intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person, with the victim, a person who at that time had attained the age of 12 years, but had not attained the age of 16 years and who was at least four years younger than the defendant, LEO ALFRED DESROSIERS, in violation of Title 18, United States Code, Section 2243(a) (1986).

A TRUE BILL

_____
Foreperson

Date: _____

_____
for JANICE McKENZIE COLE
United States Attorney

I certify the foregoing to be a true and correct copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina

By_____
                    Deputy Clerk