UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:98-CR-12-1-H

FILED
JUN 4 1999
DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. N. CAROLINA

UNITED STATES OF AMERICA )
)
v. )     O R D E R
) AMENDING JUDGMENT
LEO ALFRED DESROSIERS )

This matter is before the court on the government's motion filed April 21, 1999, for downward departure pursuant to Federal Rule of Criminal Procedure 35(b).

The court hereby grants the motion of the government and amends the original judgment as follows:

> It is hereby ordered that the defendant is committed to the custody of the U. S. Bureau of Prisons to be imprisoned for a term of one hundred (100) months on Count One.

All other aspects of the original judgment dated December 8, 1998, are hereby reaffirmed.

This 2ⁿᵈ day of June, 1999.

MALCOLM J. HOWARD
United States District Judge

At Greenville, NC
jh

I certify the foregoing to be a true and correct copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina
By _____
Deputy Clerk